

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2021

No. 04-21-00115-CV

**UNIVERSITY OF THE INCARNATE WORD**,
Appellant

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually, and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On October 29, 2021, appellees filed an opposed motion for leave to file sur-reply brief. Appellees' motion is GRANTED.

On October 19, 2021, this appeal was submitted on briefs. Appellant has filed a motion to grant oral argument. The motion is opposed by appellees. After considering the motion and examining the briefs, appellant's request for oral argument is DENIED. *See* TEX. R. APP. P. 39.1(c),(d) (explaining that oral argument is not required if the court, after examining the briefs, decides that oral argument is unnecessary because "the facts and legal arguments are adequately presented in the briefs and record" or "the decisional process would not be significantly aided by oral argument").

It is so **ORDERED** on November 4, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

